**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL DIXON LEWIS,<br><br>            Plaintiff,<br><br>    v.<br><br>B. PHILLIP, et al.,<br><br>            Defendants. | Case No. 1:23-cv-01715 JLT CDB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(Docs. 2, 8) |

      Paul Dixon Lewis seeks to proceed in forma paupers in this civil rights action. (Doc. 2.) The assigned magistrate judge found Plaintiff is subject to the three-strikes bar of 28 U.S.C. § 1915(g) based on three cases previously filed by Plaintiff that were either dismissed for failure to state a claim or barred under *Heck v. Humphrey*, 512 U.S. 477 (1994)). (Doc. 8 at 2.) The magistrate judge also found Plaintiff fails to allege facts supporting a conclusion that he is in imminent danger of serious physical injury that would trigger an exception to Section 1915. (*Id.* at 3.) Therefore, the magistrate judge recommended Plaintiff's motion to proceed in forma pauperis be denied and that Plaintiff be ordered to pay the filing fee. (*Id.*)

      The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days. (Doc. 8 at 3.) The Court advised him that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing

*Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)  Plaintiff did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued December 22, 2023 (Doc. 8) are **ADOPTED** in full.
2. Plaintiff's application to proceed in forma pauperis (Doc. 2) is **DENIED**.
3. Plaintiff **SHALL** pay the $405 filing fee in full for this action within 21 days of the date of service of this order.
4. **Plaintiff is advised the failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **January 19, 2024**

UNITED STATES DISTRICT JUDGE