# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL DIXON LEWIS,<br><br>         Plaintiff,<br><br>    v.<br><br>B. PHILLIP, et al.,<br><br>         Defendants. | Case No.: 1:23-cv-01715-JLT-CDB (PC)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO PAY FILING FEE |

Plaintiff Paul Dixon Lewis is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On December 22, 2023, the assigned magistrate judge issued findings and recommendations to deny Plaintiff's motion to proceed *in forma pauperis*, because Plaintiff has accrued three or more strikes under 28 U.S.C. § 1915 and failed to show he was in imminent danger of serious physical injury. (Doc. 8.) Plaintiff did not file any objections and the time to do so expired. On January 19, 2024, the Court adopted the findings and recommendations and denied Plaintiff's application to proceed *in forma pauperis*. (Doc. 9.) Plaintiff was ordered to pay the $405 filing fee within 21 days of the date of service of the order. (*Id*. at 2.) The Court cautioned Plaintiff that "**failure to comply with this order will result in dismissal of this action.**" (*Id*.)

Despite the passage of more than 21 days, Plaintiff has failed to pay the required $405 filing fee for this action. As the Court cautioned Plaintiff in its earlier order (Doc. 9 at 2), failure of a party to comply with the Court's orders may be grounds for imposition of sanctions,

including dismissal. E.D. Cal. Local Rule 110. The Court has considered the factors outlined in *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986), and finds that this action should be dismissed as it cannot simply remain idle in the Court's docket, unprosecuted, awaiting Plaintiff's compliance.

Accordingly, **IT IS ORDERED** that this action be **DISMISSED** without prejudice for Plaintiff's failure to pay the required filing fee.

The Clerk of the Court is **DIRECTED** to close this case.

IT IS SO ORDERED.

Dated: **February 22, 2024**

UNITED STATES DISTRICT JUDGE

2